

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00250-CV

| | | |
|---|---|---|
| Michael E. Geiger | § | From the 78th District Court |
| v. | | |
| | § | of Wichita County (178,685-B) |
| Eric Milburn, Sherilyn Trent, Tammi Messimer, Eddie Williams, Emilo Barrentes, David Green, Karen Aniston, John Rupert, and Major Harris III | § | February 6, 2014 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM